Jennifer C. Hayes, State Bar No. 197252
 jhayes@fhlawllp.com
FINESTONE HAYES LLP
456 Montgomery St., 20th Floor
San Francisco, California 94104
Telephone:    415.616.0466

Attorneys for Barry Milgrom,
Trustee in Bankruptcy and Appellee

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LOUISA TRIFILETTI,<br><br>    Appellant,<br><br>v.<br><br>INNOCENTI, LLC,<br><br>    Appellee. | Case No. 3:16-cv-03776-EMC<br>Hon. Edward M. Chen<br><br>**STIPULATION FOR DISMISSAL OF APPEAL** |

Louisa Trifiletti, Appellant, and Barry Milgrom, the duly appointed Chapter 7 Trustee of the Innocenti, LLC bankruptcy case and the Appellee herein, hereby file this Stipulation for Dismissal of Appeal.

Pursuant to the parties' settlement, the Appellant and Appellee hereby agree as follows:

1. The above-captioned appeal (the "Appeal") is dismissed with prejudice.
2. Each party shall bear its own fees and costs in connection with the Appeal.

| | | |
|---|---|---|
| 1 | DATED:  March 20, 2017 | ST. JAMES LAW, P.C. |

By:      /s/Michael St. James
       Michael St. James
       Attorneys for Louisa Trifiletti,
       Appellant

DATED:  March 20, 2017        FINESTONE HAYES LLP

By:      /s/Jennifer C. Hayes
       Jennifer C. Hayes
       Attorneys for Barry Milgrom,
       Trustee in Bankruptcy and Appellee



IT IS SO ORDERED

Judge Edward M. Chen